# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAMPTONS AT METROWEST**
**CONDOMINIUM ASSOCIATION, INC.,**

        **Plaintiff,**

**v.**                                **Case No:  6:13-cv-830-Orl-22DAB**

**NATIONWIDE PROPERTY AND CASUALTY**
**INSURANCE COMPANY, NATIONWIDE**
**MUTUAL INSURANCE COMPANY,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Order to Show Cause why this action should not be remanded for lack of jurisdiction (Doc. No. 14) entered on June 7, 2013.

The United States Magistrate Judge has submitted a report recommending that this case should be remanded back to the state court.

After an independent *de novo* review of the record in this matter, including the objections filed by the Nationwide Property and Casualty Insurance Company and Nationwide Mutual Insurance Company, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

The Court finds that this action has the same issues previously addressed by Judge Gregory Presnell and Magistrate Judge David Baker in Case No. 6:13-cv-608-Orl-31DAB.  Any dissimilar issues raised by Defendants are not dispositive.  In particular, Defendants' argument that the breach of contract claim and bad faith claim included in Plaintiff's reply create a basis for this Court's jurisdiction is without merit.  The Court agrees with the well-reasoned and thorough analysis of Magistrate Judge Baker when he addressed this argument.  Moreover,

Defendants have not offered a sufficient legal argument to counter Magistrate Judge Baker's analysis.

Therefore, it is **ORDERED** as follows:

1.      Defendants Nationwide Property and Casualty Insurance Company and Nationwide Mutual Insurance Company's Written Objections to the Report and Recommendations (Doc. No. 26), are **OVERRULED**.

2.      The Report and Recommendation filed June 26, 2013 (Doc. No. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3.      This case is **REMANDED** to Florida's Ninth Judicial Circuit in and for Orange County, Florida (Hamptons at Metrowest Condominium Association, Inc., Plaintiff v. Park Avenue at Metrowest, Ltd. et al., Defendants, Case No. 48-2008-CA-008235-O, Business Litigation Division).

4.      The Joint Motion to Extend the Deadline to File the Case Management Report (Doc. No. 27), filed on July 29, 2013, is **DENIED as moot**.

5.      The Clerk shall **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2013.


ANNE C. CONWAY
United States District Judge


Copies furnished to:
Counsel of Record
Unrepresented Parties
Clerk of Court for Florida's Ninth Judicial Circuit in and for Orange County, Florida